TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC#475353)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. APRIL GREN BAWDEN, CHAD AUSTIN BAWDEN, MAKAIO LYMAN CRISLER, PHILLIP GANNUSCIA, DUSTIN GARR, BARBARA JO JACKSON, BRENT GOLDBURN KNUDSON, ROBERT MCKINLEY, and RICHARD SCOTT NEMROW, Defendants. | MOTION TO UNSEAL INDICTMENT<br><br>2:22-cr-481 CW<br><br>Judge Clark Waddoups<br>Chief Magistrate Judge Dustin Pead |
|---|---|

The United States, by and through its undersigned counsel, respectfully requests that the Indictment in the above referenced matter be unsealed. The Defendants have either been arrested or received their summons to appear, so the Indictment no longer needs to be sealed.

Dated this 12th day of December 2022.

                                            TRINA A. HIGGINS
                                            United States Attorney

                                            */s/ Jamie Z. Thomas*
                                            JAMIE Z. THOMAS
                                            Assistant United States Attorney