IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>APRIL GREN BAWDEN,<br>CHAD AUSTIN BAWDEN,<br>MAKAIO LYMAN CRISLER,<br>PHILLIP GANNUSCIA,<br>DUSTIN GARR, BARBARA JO JACKSON, BRENT GOLDBURN KNUDSON, ROBERT MCKINLEY, and RICHARD SCOTT NEMROW,<br><br>Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br>CASE NO: 2:22-cr-00481 |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Charles L. Kreindler. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 22nd day of December, 2022.

BY THE COURT:

_____
Clark Waddoups
U.S. District Judge