SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES L. KREINDLER, Cal. Bar No. 119933
*(Admitted Pro Hac Vice)*
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
E mail       ckreindler@sheppardmullin.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>APRIL GREN BAWDEN,<br>CHAD AUSTIN BAWDEN,<br>MAKAIO LYMAN CRISLER,<br>PHILLIP GANNUSCIA,<br>DUSTIN GARR, BARBARA JO<br>JACKSON, BRENT GOLDBURN<br>KNUDSON, ROBERT MCKINLEY,<br>and RICHARD SCOTT NEMROW,<br><br>        Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No.: 2:22-cr-00481<br>Judge Clark Waddoups |

PLEASE TAKE NOTICE that Charles L. Kreindler of Sheppard Mullin Richter & Hampton LLP hereby enters his appearance as counsel of record for Defendant, Robert McKinley ("Defendant").

All further notices and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Charles L. Kreindler
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E mail ckreindler@sheppardmullin.com

Dated: December 22, 2022

    Respectfully submitted,

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By    */s/ Charles L. Kreindler*
        CHARLES L. KREINDLER

    Attorneys for Robert McKinley